# REPORT FOLLOWING
# VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
|  |  |  |

**PARTIES**           Attendees

| Name | On Behalf Of |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Result:    Case settled in full - Final paperwork will be filed by: April 30, 2015
            Mediation continuing - Date of Next Session
            Not settled - Mediation Completed


Dated: _____          /s/  John M. Roels (P26098)
                                    _____

                                         Mediator


Rev'd 8/2005