UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JODIE MARTIN,

        Plaintiff,

v.

JEFFERSON CAPITAL SYSTEMS, LLC,

        Defendant.

Case No.: 14-CV-1151 RJJ
Hon.: Robert J. Jonker

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and between Plaintiff, Jodie Martin, and the Defendant, Jefferson Capital Systems, LLC, by and through their respective counsel of record, that the entire above-captioned action is voluntarily dismissed with prejudice.

**THE FOREGOING IS STIPULATED:**

FOR THE PLAINTIFF:

/ Roger G. Cotner (P36569)
Attorney for Plaintiff
Cotner Law Offices
P.O. Box 838
Grand Haven, MI 49417
(616) 846-7153
roger@cotnerlaw.us

FOR THE DEFENDANT:

Brian C. Truba (P61752)
Attorney for Defendant
Mary Jane M. Elliott PC
24300 Karim Boulevard
Novi, MI 48375
(248) 306-2000
brian@mjelliott.com

1