UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JODIE MARTIN,

        Plaintiff,

v.

JEFFERSON CAPITAL SYSTEMS, LLC,

        Defendant.

Case No.: 14-CV-1151 RJJ
Hon.: Robert J. Jonker

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED, by and between Plaintiff, Jodie Martin, and the Defendant, Jefferson Capital Systems, LLC, by and through their respective counsel of record, that the entire above-captioned action is voluntarily dismissed with prejudice.

Dated:  May 4, 2015

/s/ Robert J. Jonker

**THE FOREGOING IS STIPULATED:**

| FOR THE PLAINTIFF: | FOR THE DEFENDANT: |
|---|---|
| / Roger G. Cotner (P36569) | Brian C. Truba (P61752) |
| Attorney for Plaintiff | Attorney for Defendant |
| Cotner Law Offices | Mary Jane M. Elliott PC |
| P.O. Box 838 | 24300 Karim Boulevard |
| Grand Haven, MI 49417 | Novi, MI 48375 |
| (616) 846-7153 | (248) 306-2000 |
| roger@cotnerlaw.us | brian@mjelliott.com |